WETHERALL ET AL. v. STATE ROAD COMMISSION
OF WEST VIRGINIA ET AL.

No. 428.  Decided October 25, 1965.

*Carney M. Layne* and *Charles W. Yeager* for appel-
lants.

*C. Donald Robertson,* Attorney General of West Vir-
ginia, *Philip J. Graziani,* Deputy Attorney General, and
*C. Robert Sarver,* Assistant Attorney General, for
appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dis-
missed.  *Price, dba Howard Price & Co.* v. *State Road
Commission of West Virginia, ante,* p. 20.